### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **BILLIE JOE PEDERSEN, et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | **8:07CV91** |
| vs. ) | |
| ) | **ORDER** |
| **VATTEROTT EDUCATIONAL** ) | |
| **CENTERS, INC.,** ) | |
| ) | |
| **Defendant.** ) | |

This matter is before the court following a telephone conference with counsel for the parties on September 7, 2007.

**IT IS ORDERED:**

The **telephone** planning conference with the undersigned magistrate judge is continued to **October 19, 2007, at 9:30 a.m.**. Plaintiff's counsel shall initiate the telephone conference.

DATED this 7th day of September, 2007.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge