# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BILLIE JOE PEDERSEN, individually, KATIE RYAN, individually, and TREN MAXEY, individually,<br><br>    Plaintiffs,<br><br>v.<br><br>VATTEROTT EDUCATIONAL CENTERS, INC., doing business as VATTEROTT COLLEGE,<br><br>    Defendant. | CASE NO.: 8:07CV00091<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

This matter comes before the Court on the Stipulation for Dismissal with Prejudice. The Court, being fully advised in the premises, finds and orders as follows:

**IT IS HEREBY ORDERED** that the lawsuit filed herein is dismissed with prejudice.

**IT IS HEREBY FURTHER ORDERED** that the parties shall each bear their own costs and attorneys' fees.

SO ORDERED this 13th day of November, 2007.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge

Prepared and submitted by:

VATTEROTT EDUCATIONAL CENTERS, INC.,
d/b/a VATTEROTT COLLEGE, Defendant,

s/Mark P.A. Hudson
Thomas E. Johnson (NE# 12089)
Mark P.A. Hudson (NE# 22783)
BAIRD HOLM LLP
1500 Woodmen TowerOmaha, NE  68102-2068

Phone: 402-344-0500
Fax: 402-344-0588
Email: tjohnson@bairdholm.com
Email: mhudson@bairdholm.com

Approved as to form and content by:

BILLIE JO PEDERSEN, KATIE RYAN, and
TREN MAXEY, Plaintiffs,

s/Steven H. Howard
Steven H. Howard (NE# 18582)
Dowd Howard & Corrigan, L.L.C.
1411 Harney Street, Suite 100
Omaha, NE  68102
402-341-1020

DOCS/820149.1